| | |
|---|---|
| 1 | Jeffrey T. Gwynn. SBN 176846 |
| 2 | jgwynn@vervelaw.com<br>Alexander J. Chang, SBN 247921 |
| 3 | achang@vervelaw.com<br>VERVE LAW GROUP, LLP |
| 4 | 5841 Beach Blvd.<br>Buena Park, CA  90621 |
| 5 | Tel:  (714) 980-4450<br>Fax: (714) 980-4451 |
| 6 | Attorneys for Plaintiff JIMMY ESCALANTE, an individual |

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| | JIMMY ESCALANTE | CASE NO.:  5:22-cv-02175-JGB-SHKx |
| | Plaintiff, | **JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| | v. | |
| | NFI INDUSTRIES, INC., a New Jersey Corporation, doing business in California as NFI California Cartage Company; NATIONAL DISTRIBUTION CENTERS, LP, a New Jersey Limited Partnership; CALIFORNIA CARTAGE COMPANY, organization form unknown aka NFI CALIFORNIA CARTAGE COMPANY, organization form unknown; AND DOES 1 THROUGH 10, INCLUSIVE, | |
| | Defendants. | |

   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JIMMY ESCALANTE ("Plaintiff"); Defendant  NFI Industries, Inc., et al. ("Defendant") (collectively, Plaintiff and Defendant will be refereed to as the "Parties"), by and through their respective attorneys of record that:

## RECITALS

   1. WHEREAS, on or about October 10, 2023, the Parties reached a settlement of this entire action, which was memorialized in a written *Confidential Settlement*

1

*Agreement* dated November 3, 2023 (the "Settlement Agreement");

2. WHEREAS, pursuant to the Settlement Agreement, *inter alia*:

  a. The entire action of all parties and all causes of action are to be dismissed with prejudice;

  b. Each party is to bear its, his or her attorneys' fees and costs; and

  c. Defendant's counsel agrees not to file either the State Court Request for Dismissal and this Federal Court Stipulation for Dismissal until the Settlement Payment is disbursed.

3. WHEREAS, based on the above Recitals and pursuant to the Settlement Agreement the parties stipulate and agree that:

### STIPULATION

A. The entire action of all parties and all causes of action are to be dismissed with prejudice;

B. Each party shall bear its, his or her own attorneys' fees and costs; and

C. Defendant's counsel agrees not to file either the State Court Request for Dismissal and this Federal Court Stipulation for Dismissal until the Settlement Payment is disbursed.

**SO STIPULATED:**

DATED: November 6, 2023      VERVE LAW GROUP

             By: _____
               Jeffrey T. Gwynn
               Attorneys for Plaintiff
               JIMMY ESCALANTE

DATED: November 21, 2023     JACKSON LEWIS, P.C

             By: _____
               Christian Keeney
               Attorneys for Defendants NFI
               INDUSTRIES, INC et al

**JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**

**PROOF OF SERVICE**
*Jimmy Escalante v. NFI Industries dba NFI California Cartage Company, et al.*
Case No, 5:22-cv-2175

I am employed in the County of Orange, State of California in the office of a member of the bar of this court at whose discretion the service was made. I am over the age of eighteen (18) years and am not a party to the within action. My business address is that of 5841 Beach Blvd., Buena Park, CA 90621.

On November 21, 2023, at 5841 Beach Blvd., Buena Park, CA 90621, following ordinary business practices, I served a true and correct copy of the foregoing document(s) entitled:

**JOINT STIPULATION FOR DISMISSAL**

on interested parties in this action by placing a true and correct copy of each document thereof, addressed as follows:

SEE ATTACHED SERVICE LIST

(  )   **BY MAIL:** I am readily familiar with the practice of Verve Law Group, LLP for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Buena Park, California.

(X)   **BY CM/ECF :** With the Clerk of the United States District Court of California using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties an counsel of record who are registered with the Court's CM/ECF System. I caused such document to be hand delivered to the above address(es).

(  )   **BY FACSIMILE MACHINE:** I caused the above-referenced document(s) to be transmitted to the above-named person(s) at the referenced facsimile number(s). Attached to this declaration is a "FAX Confirmation Report" confirming the successful completion of this transmission.

( X )   **BY E-MAIL OR ELECTRONIC MAIL TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail address listed on the attached service list. Id did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

( X )   **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

1
PROOF OF SERVICE OF
NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES

1  I declare under penalty of perjury under the laws of the State of California ad the United States of America that the above is true and correct. Executed on November 21, 2023 at Buena Park, California.

_____
JEFFREY GWYNN

**SERVICE LIST**

KELLI M. DREGER

JACKSON LEWIS, P.C.

200 Spectrum Center Drive, Ste. 500

Irvine, CA 92618

Kelli.Dreger@jacksonlewis.com

3
PROOF OF SERVICE OF
NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES